UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN, | Case No.: 2:24-cv-00205-APG-MDC |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| HEARTLAND HOMEOWNERS ASSOCIATION, et al., | [ECF No. 23] |
| Defendants | |

On October 16, 2025, Magistrate Judge Couvillier recommended that I dismiss plaintiff Allanna Warren's case because she did not file an amended complaint by the given deadline. ECF No. 23. Warren did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 23) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 31st day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE